UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vernon Nathaniel Rowe and Carla Walker-Rowe,<br><br>Plaintiffs,<br><br>v.<br><br>TruStone Financial Federal Credit Union f/k/a Teacher Federal Credit Union, City of Prior Lake, Duane Lee Goldammer, individually and in his official capacity, Diversified Recovery and Investments, Inc., and Kim Pickner, individually,<br><br>Defendants. | Civil Case No.: 12-CV-1412 RHK/JJK<br><br>**DEFENDANT TRUSTONE FINANCIAL FEDERAL CREDIT UNION'S MOTION FOR SUMMARY JUDGMENT** |

TO: PLAINTIFFS ABOVE NAMED AND THEIR ATTORNEY, THOMAS J. LYONS, JR., 367 COMMERCE COURT, VADNAIS HEIGHTS, MN 55127

Pursuant to Federal Rules of Civil Procedure 56, Defendant TruStone Financial Federal Credit Union moves the Court for an Order dismissing Plaintiffs Vernon Rowe and Carla Walker Rowe's claims in their entirety, with prejudice, and on the merits.

This motion is based on the grounds there is no genuine dispute as to any material fact and Defendant TruStone Financial Federal Credit Union is entitled to judgment as a matter of law, as set forth in the Memorandum of Law submitted in support of this motion in compliance with the Federal Rules of Civil Procedure.

Dated: 4/5/13

_____
Laura L. Myslis  #168932
Allison Lange-Garrison #0391433
GISLASON & HUNTER LLP
*Attorneys for TruStone Financial*
 *Federal Credit Union*
701 Xenia Avenue South, Suite 500
Minneapolis, MN  55416
Phone:  (763) 225-6000
Fax:  (763) 225-6099

1352645.1